166 A.3d 234

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FELIX B. ABREU (A/K/A FRANKLIN GUZMAN),
DEFENDANT–PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001511–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

166 A.3d 234

PATERSON EDUCATION ASSOCIATION, PLAINTIFF–PETITIONER, v. STATE–OPERATED SCHOOL DISTRICT OF THE CITY OF PATERSON, DEFENDANT–RESPONDENT.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004620–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.